**In re: William Ernest HOLLAND,
Petitioner.**

No. 08–1475.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 26, 2008.

Decided: June 30, 2008.

William Ernest Holland, Petitioner Pro Se.

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Ernest Holland petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion for reduction of sentence. He seeks an order from this court directing the district court to act. Although we find that mandamus relief is not warranted because the delay is not unreasonable, we deny the mandamus petition without prejudice to the filing of another mandamus petition if the district court does not act expeditiously. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*